# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roddie Phillip Dumas, Sr.,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                              3:08cv270

USA,

    Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/8/2008 Order.

Signed: August 11, 2008

Frank G. Johns, Clerk
United States District Court